PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDEN EVERETT NUNEZ-ROSALES,<br><br>Defendants. | CASE NO. 1:23-MJ-00049 BAM<br><br>STIPULATION AND ORDER CONTINUING DETENTION HEARING<br><br>DATE: May 18, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is set for a detention hearing on May 18, 2023. The parties stipulate and request a continuance of the proceedings to Monday, May 22, 2023 at 2:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for detention hearing on May 18, 2023.

2. Pretrial Services alerted the parties they need additional time until Monday, May 22, 2023 to complete their review of the matter, and prepare a recommendation as to release or detention, and the parties agree to request a continuance, and that there is good cause therefore.

3. By this stipulation, defendant now moves to continue the detention hearing to May 22, 2023 at 2:00 p.m. for the reasons set forth herein.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: May 18, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: May 18, 2023

/s/ E. MARSHALL HODGEKINS
E. MARSHALL HODGEKINS
Counsel for Defendant
ALDEN EVERETT NUNEZ-ROSALES

**ORDER**

IT IS SO ORDERED.

DATED: 5/18/2023

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2